UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RE:   CHARLES MCCORKLE,              )        CHAPTER 13
                                     )
      DEBTOR                         )        CASE NUMBER 13-75962 - MGD


NOTICE OF ASSIGNMENT OF HEARING

PLEASE TAKE NOTICE THAT Charles E. Taylor has filed an Application for Compensation in the above-styled case.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Application for Compensation in the Richard B. Russell Federal Building, 75 Ted Turner Drive,   Atlanta, Georgia 30303 at 10:00 am on November18, 2015 in Courtroom 1201.

Your rights may be affected by the Court's ruling on these pleadings.   You should read these pleadings carefully and discuss them with your attorney, if you have one in this Bankruptcy case). If you do not have one, you may wish to consult one).   If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.   You may also file a written response to the pleading with the clerk's office at the address stated below, but you are not required to do so.   If you do file a written response, you must attach a certificate of service stating when, how, and on whom (including addresses) you served the response.   Mail or deliver your response so that it is received by the clerk at least two (2) business days before the hearing. The address of the clerk's office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta, Georgia   30303.   You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the Motion cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date.   Movant consents to the automatic stay remaining in effect until the Court Orders otherwise.

Dated: October 17, 2015


/s/ *Charles E. Taylor*

_____
Charles E. Taylor, Counsel for Debtor, GA Bar No. 699681
Law Office of CE Taylor
778 Rays Road, Suite 101
Stone Mountain, GA   30083
(404) 292-3123
(404) 297-3253 fax

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT I HAVE THIS DAY SERVED THE FOLLOWING
PERSONS WITH THE APPLICATION FOR COMPENSATION BY DEPOSITING A
COPY OF SUCH IN THE UNITED STATES MAIL WITH SUFFICIENT POSTAGE
AFFIXED THERETO.

United States Trustee                    Thomas Austin
Room 362                                 3490 Piedmont Road, Suite 1005
75 Ted Turner Drive                      Atlanta, GA   30305
Atlanta, GA   30303

Mary Ida Townson
Suite 2700
191 Peachtree Street
Atlanta, GA   30303

Brian Wooldridge
P.O. Box 310
Newnan, GA   30264

This 17th   day of October, 2015

Respectfully Submitted,

/s/ *Charles E. Taylor*
Charles E. Taylor
Georgia Bar no. 699681

Law Office of C.E. Taylor
778 Rays Road, Suite 101
Stone Mountain, Georgia   30083
(404) 292-312(404) 297-3253
lawtaylor@bellsouth.net

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RE:   CHARLES MCCORKLE,          )      CHAPTER 13
                                 )
      DEBTOR                      )      CASE NUMBER 13-75962 - MGD


APPLICATION FOR COMPENSATION

COMES NOW, Charles E. Taylor, counsel of record in the above-styled case and moves for an order allowing attorney's fees to be paid to counsel from the proceeds paid into Debtor's case, and shows the Court the following:

1.

Debtor filed this case on December 2, 2013.   The case was confirmed on May 7, 2014.

2.

This application is made pursuant to 11 U.S.C. Section 330 and 503.

3.

Debtor's counsel has expended an exceeding amount of time and effort above and beyond what is customary in a Chapter 13 case.   In particular, Debtor's counsel has filed on Debtor's behalf a Motion to sell property, a Motion to suspend plan payments, responses to *EIGHT (8)* default letters, responses to *THREE (3)* motions to dismiss case filed by Stearns Bank, all which required having to attend the hearing and present the case to the Honorable Judge Diehl.   In the last motion to dismiss alone, Debtor's counsel has had to attend the hearing and present testimony in defense of the motion to dismiss case three different times due to the motion having been reset numerous times.

4.

Due to the amount of time expended and the number of pleadings and responses filed on behalf of Debtor and the number of hearings Debtor's counsel has had to attend in defense of debtor in regard to the motions filed by Stearns Bank, Debtor's counsel respectfully requests additional compensation in the amount of $750.00.


WHEREFORE, Counsel Prays:

   (a) That the application for compensation be filed, read and considered;
   (b) That this Honorable Court grant this application

(c)  That this Honorable Court grant any and all further relief that it deems just.

This 17th  day of October , 2015

Respectfully Submitted,

/s/ *Charles E. Taylor*
Charles E. Taylor
Georgia Bar no. 699681

Law Office of C.E. Taylor
778 Rays Road, Suite 101
Stone Mountain, Georgia   30083
(404) 292-312(404) 297-3253
lawtaylor@bellsouth.net